GALIA A. PHILLIPS - #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile: (510) 464-8001

Attorney for Defendant
STEPHEN DURLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN DURLAND,<br><br>　　　　　　　　　Defendant. | Case No. 11-CR-09-JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SETTING SENTENCING DATE**<br><br>Judge:　　Jeffrey White |

**I.　　STIPULATION AND PROPOSED ORDER SETTING SENTENCING DATE**

Mr. Durland is set be sentenced on June 23, 2011. Due to defense counsel's family vacation, Mr. Durland respectfully requests the sentencing be moved back one week to June 30, 2011. AUSA Jonathan Schmidt and Probation Officer Christina Carrubba are both available on June 30th and agree to the one-week continuance.

IT IS SO STIPULATED.

Dated: April 1, 2011

By: */s/ Galia Amram Phillips*
GALIA A. PHILLIPS
Attorney for Defendant
Stephen Durland

Dated: April 1, 2011

By: */s/ Jonathan Schmidt*
JONATHAN SCHMIDT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 5, 2011

JEFFREY WHITE
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND ~~PROPOSED~~ ORDER SETTING SENTENCING DATE
11-CR-9 JSW

495929.01